UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
                                                               :

KAREN OLSON SPERLI,

                   Plaintiff,

                                               CASE NO. 1:20-cv-03187-NRB

          -v-

GAIN CAPITAL HOLDINGS, INC., JOSEPH A.
SCHENK, GLENN H. STEVENS, TOM
BEVILACQUA, CHRISTOPHER W. CALHOUN,
ALEX GOOR, DOUG RHOTEN, CHRISTOPHER
S. SUGDEN, and PETER QUICK,

                   Defendants.
------------------------------------------ X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 24, 2020                                        Respectfully Submitted,

                                                                  **MONTEVERDE & ASSOCIATES PC**

                                                                  */s/ Juan E. Monteverde*
                                                                  Juan E. Monteverde (JM-8169)
                                                                  The Empire State Building
                                                                  350 Fifth Avenue, Suite 4405
                                                                  New York, New York 10118
                                                                  Tel: 212-971-1341
                                                                  Fax: 212-202-7880

                                                                 *Attorney for Plaintiff*